In the Matter of the Claim of SALIH GJONBALAJ, Appellant. BRETON INTERNATIONAL, INC., Respondent; COMMISSIONER OF LABOR, Respondent. [63 NYS3d 278]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed September 12, 2016, which ruled, among other things, that claimant was disqualified from receiving unemployment insurance benefits because he voluntarily left his employment without good cause.

Decision affirmed. No opinion.

Peters, P.J., Lynch, Devine, Mulvey and Rumsey, JJ., concur. Ordered that the decision is affirmed, without costs.

 In the Matter of the Claim of JAYSON EARVIN, Appellant. COMMISSIONER OF LABOR, Respondent. [63 NYS3d 279]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed July 22, 2016, which ruled that claimant was disqualified from receiving unemployment insurance benefits because he voluntarily left his employment without good cause.

Decision affirmed. No opinion.

McCarthy, J.P., Rose, Clark, Aarons and Pritzker, JJ., concur. Ordered that the decision is affirmed, without costs.